**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6623**

---

"REVEREND DR." ROBERT T. WEIDOW, #92391941,

Plaintiff - Appellant,

versus

RICHLAND COUNTY; RICHLAND COUNTY SOLICITOR'S
OFFICE; RICHLAND COUNTY PUBLIC DEFENDER'S
OFFICE; SUSAN S. QUINN,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Dennis W. Shedd, District Judge.
(CA-00-1072-19BD)

---

Submitted:  July 10, 2000          Decided:  September 15, 2000

---

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Robert T. Weidow, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert T. Weidow appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Weidow v. Richland County, No. CA-00-1072-19BD (D.S.C. Apr. 27, 2000).[*] We deny Weidow's motions for bail and appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is dated April 25, 2000, the district court's records show that it was entered on the docket sheet on April 27, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was physically entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2